UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-23146-CV-UNGARO
MAGISTRATE JUDGE REID

TIRE GROUP INTERNATIONAL, LLC,

    Plaintiff,

v.

TIRE GROUP INVESTMENT, LLC, and
ALEJANDRO J. QUINTERO,

    Defendants.
_____/

## REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS [ECF No. 28]

This matter is before the Court on Plaintiff TIRE GROUP INTERNATIONAL, LLC's Motion for Attorneys' Fees and Costs, filed pursuant 15 U.S.C. § 1117(a) and Fed. R. Civ. P. 54. [ECF No. 28]. This cause has referred to the Undersigned to take all necessary and proper action as required by law. [ECF No. 30].

Upon review of the Motion, Plaintiff has failed to comply with the Local Rules of this Court, which require a movant to certify it has made reasonable efforts to confer and made a good faith effort to resolve the issues presented in the motion prior to filing it. *See* S.D. Fla. L.R. 7.1(a)(3); *see also* S.D. Fla. L.R. 7.3. Violation of these Local Rules alone is sufficient reason to deny a party's motion for attorneys' fees. *See J.B. Hunt Transp., Inc. v. S & D Transp., Inc.*, 589 F. App'x 930, 933 (11th Cir. 2014) ("Because the district court held that J.B. Hunt failed to comply with Local Rule 7.3, which constituted an independently sufficient basis to deny J.B. Hunt's motions, we affirm.").

Though the Defendants have not yet made an appearance in this case and have had a Final Default Judgment entered against them [ECF No. 26], it is not too late for them to do so, and Defendants' default does not relieve Plaintiff from complying with the Local Rules regarding the filing of this Motion. *See Rural Int'l Bank Ltd. v. Key Fin. Inv. Grp., LLC*, No. 16-22280-CIV-COOKE/TORRES, 2018 WL 1876732, 2018 U.S. Dist. LEXIS 22620, at *13-15 (S.D. Fla. Feb. 9, 2018) ("Local Rule 7.3's requirements are not optional, but mandatory.") (collecting cases).

Accordingly, is it hereby **RECOMMENDED** that Plaintiff's Motion for Attorneys' Fees and Costs [ECF No. 28] be **DENIED** without prejudice. Because the denial is without prejudice, it is further recommended that Plaintiff be given leave to refile its motion within the time period permitted by the rules and statute, after certifying it has made a reasonable effort to confer with the Defendants and made a good faith effort to resolve the dispute.

Pursuant to S.D. Fla. Mag. J. R. 4(b) and Fed. R. Civ. P. 73, the parties have fourteen (14) days from service of this Report and Recommendation within which to file written objections, if any, with the District Judge. Failure to timely file objections shall bar the parties from *de novo* determination by the District Judge of any factual or legal issue covered in the Report and shall bar the parties from challenging on appeal the District Judge's Order based on any unobjected-to factual or legal conclusions included in the Report. *See* 28 U.S.C. § 636(b)(1); *see also* 11th Cir. R. 3-1; *Patton v. Rowell*, 678 F. App'x. 898 (11th Cir. 2017).

**SIGNED** this 23rd day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

cc: **Tire Group Investment, LLC**
**c/o Alex Pina Co., Reg. Agent**
8400 NW 36th Street
Suite 450
Doral, FL 33166
*PRO SE*

**Alejandro J Quintero**
6341 N.W. 87th Avenue
Miami, FL 33178
*PRO SE*