**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-cv-23146-UU

TIRE GROUP INTERNATIONAL, LLC,

    Plaintiff,

v.

TIRE GROUP INVESTMENT, LCC,
*et al*.,

    Defendants.
_____/

## **ORDER**

THIS CAUSE is before the Court upon Magistrate Judge Lisette Reid's Report and Recommendation on Plaintiff's Motion for Attorneys' Fees and Costs (the "R&R"). D.E. 31. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

On October 20, 2020, the Court referred Plaintiff's Motion for Award of Attorneys' Fees and Costs (D.E. 28), to Magistrate Judge Reid for a report and recommendation. D.E. 30. On October 23, 2020, Magistrate Judge Reid issued the R&R, recommending that the Motion be denied without prejudice due to Plaintiff's failure to comply with the Local Rules of the Southern District of Florida. D.E. 31. Magistrate Judge Reid granted the parties fourteen (14) days from the date of the order to file objections. *Id.* As of the date of this order, no party has filed an objection. After a review of the record and the R&R, the undersigned agrees with Magistrate Judge Reid's recommendation. Accordingly, it is

2

ORDERED AND ADJUDGED that the R&R (D.E. 31) is ADOPTED, RATIFIED AND AFFIRMED.  Plaintiff's Motion for Award of Attorneys' Fees and Costs (D.E. 28) is hereby DENIED WITHOUT PREJUDICE.

DONE AND ORDERED in Chambers, Miami, Florida, this _11th_ day of November, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record
Magistrate Judge Lisette M. Reid