**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-cv-23146-UU

TIRE GROUP INTERNATIONAL, LLC,

    Plaintiff,

v.

TIRE GROUP INVESTMENT, LCC,
*et al.*,

    Defendants.

_____/

**ORDER**

THIS CAUSE is before the Court upon Magistrate Judge Lisette Reid's Report and Recommendation on Plaintiff's Amended Motion for Attorneys' Fees and Costs (the "R&R"). D.E. 36. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

On October 20, 2020, the Court referred Plaintiff's Motion for Award of Attorneys' Fees and Costs (D.E. 28) to Magistrate Judge Reid for a report and recommendation. D.E. 30. That motion was denied without prejudice due to Plaintiff's failure to meet and confer with Defendants prior to filing the motion pursuant to Local Rules 7.1(a)(3) and 7.3. D.E. 31; D.E. 35. Plaintiff filed its Amended Motion for Award of Attorneys' Fees and Costs on October 30, 2020. D.E. 32.

On November 17, 2020, Magistrate Judge Reid issued the R&R, recommending that Plaintiff's Amended Motion for Attorneys' Fees and Costs be granted. D.E. 36. Magistrate Judge Reid found Plaintiff's request for $14,817.50 in fees, $876.31 in non-taxable costs, and $520.00 in taxable costs to be reasonable. *Id.* Magistrate Judge Reid granted the parties fourteen (14) days from the date of the R&R to file objections. *Id.* As of the date of this order, however, no party

has filed an objection.  After a thorough review of the record and the R&R, the undersigned agrees with Magistrate Judge Reid's recommendation in all respects.  Accordingly, it is

ORDERED AND ADJUDGED that the R&R (D.E. 36) is ADOPTED, RATIFIED AND AFFIRMED.  Plaintiff's Amended Motion for Award of Attorneys' Fees and Costs (D.E. 32) and Plaintiff's Motion for Bill of Costs (D.E. 29) are GRANTED.  Plaintiff is entitled to a total award of $16,213.81, consisting of $14,817.50 in fees, $876.31 in non-taxable costs, and $520.00 in taxable costs.  The case remains closed.

DONE AND ORDERED in Chambers, Miami, Florida, this 3d__ day of December, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record
Magistrate Judge Lisette M. Reid